76,482-05,06

Court of Criminal Appeals
P.O. BOX 12308
Capitol Station
Austin, TX 78711

Yoccio Acosta
Reg no.73486-280
FCI Victorville Med 2
P.O. Box 3850
Adelanto, CA 92301

To the Honorable Court of Appeals,

I received a letter from the Honorable court in late December in reference to my Writ of Error Coram Nobis (See reference numbers below). In which the court states that no action would be taken in reference to my writ. Thus the reason for this letter is to inquier of the court the reason for which it has decided not to take an action, and or submitt this letter in the record as my official notice of appeal, to the courts decision. I apologize for the delay of time, but the institution where I am housed was locked down for an extensive period of time, due to a race riot. During which time we, the inmates, do not have any access to pretty much anything. Thank you very much may God Bless you, the reader, and this most Honorable Court.

Re:Acosta, Yoshio aka Acosta, Yoshio

CCA No. WR-76,482-05/06

Trial Court Case No. 20100D00927-DCRI-2
20100D03951-DCRI-2

Sincerely

1-21-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 12 2015

Abel Acosta, Clerk



**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE MEYERS**
**TOM PRICE**
**PAUL WOMACK**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**CATHY COCHRAN**
**ELSA ALCALA**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Tuesday, December 09, 2014

Yoccio Acosta #73486-280
FCI Victorville Med 2
P.O. Box 3850
Adelanto, CA 92301

**Re:** Acosta, Yoccio aka Acosta, Yoshio
**CCA No.** WR-76,482-06
**Trial Court Case No.** 20100D03951-DCR1-2

Your letter has been received. Please be advised:

IMPORTANT: PLEASE INFORM THIS COURT OF ALL ADDRESS CHANGES IN WRITING.

☐ Your records will not be returned to you because once records are received in the Court they become the permanent records of this Court

☐ Your application for writ of habeas corpus has been received.

☒ **Your PETITION FOR A WRIT OF ERROR CORAM NOBIS was received on Monday, September 23, 2014. There will be no action taken.**

☐ Neither the Judges nor the staff of the Court can give legal advice. We recommend you contact Inmate Legal Services at the Texas Department of Criminal Justice, Institutional Division.

☐ The Court of Criminal Appeals does not provide forms. Habeas forms may be obtained from the unit law library or contact the District Clerk of the county of your conviction.

Sincerely,

Abel Acosta, Clerk